STATE v. MITCHELL STATE BANK, NO. 28196.
STATE v. IRRIGATORS' BANK, NO. 28197.
STATE v. LYMAN STATE BANK, NO. 28198.
STATE v. AMERICAN BANK, NO. 28199.
STATE v. NEBRASKA STATE BANK, NO. 28203.
STATE v. BANK OF BAYARD, NO. 28204.

FILED APRIL 16, 1932.

*Arthur F. Mullen* and *F. C. Radke,* for appellants.

*Skiles & Skiles, Mothersead & York* and *I. D. Beynon, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

ROSE, J.

In each of the above entitled cases the district court overruled the application of E. H. Luikart, secretary of the department of trade and commerce, to be appointed receiver, and appointed A. E. Torgeson to succeed Clarence G. Bliss, resigned. Luikart appealed. For reasons stated in the opinion in *State* v. *State Bank of Minatare, ante,* p. 109, submitted with these cases, the judgments of the district courts are

AFFIRMED.